

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32210
PERMIT NO 384

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)
**To claim this special offer, simply call 1-888-736-3798**
**Promo Code:    RGA2510**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*


Marriott
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



Hilton

Doraville GA 30340-4135

ıllılıdıllıılllıqlllllıılıdıdıqlıllıglllıııqllllıllıqllıllllıllıgl



**DELTA**

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**

CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-800-329-3283**

**Promo Code:** ATL-8-13

*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



Atlanta GA 30311-5414

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



## Delta

---

# DELTA

FIRST CLASS MAIL
US POSTAGE
P A I D
WEST PALM BEACH
PERMIT 3083

Dear █████████████

**Congratulations! You have been selected to receive 2 Round Trip Airfares to anywhere Delta flies in the continental USA.**

CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-855-447-8403**

**RSVP 4906**

‖₁‖ᵗ‖₁ₗₗₙ₁ₗₗₘₗₗₙ₁‖‖‖₁ₗₗᵗₗₗₗₗₗₗ‖₁ₗₗₗ‖₁ₗₗᵗₗₗ₁‖‖
**************************AUTO**3-DIGIT** 333

█████████████████████

*Fort Lauderdale FL 33316-2973*

deta restrictions apply. Offer
rates depend price calculation of
expiration offers. Able
Ticket reclaim year restor
value reservations at individuals
reservations rights expires paid. Offer
collvalues from hotel day. Tax



**△ DELTA** FLY AWAY PROMOTION

---

**△ DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ███████████████

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**   1-888-252-0898     PROMO CODE DR-720
Mon-Fri 8am-8pm Sat 10am-4pm EST



███████████████  T11 - P34

All trademarks & service marks are the
property of their respective owners. Offer
void where prohibited by law. All
arrangements of this offer are fulfilled by a
third party. Certain restrictions apply.
Recipient responsible for all applicable
taxes & fees. Please call for details.



Indianapolis, IN 46220-5327

---



**▲ DELTA**   FLY AWAY PROMOTION



**▲ DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**   1-888-252-0898   PROMO CODE DR-622
Mon-Sun 9am-9pm EST

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮ - F7

South Lyon MI 48178-1926

All trademarks & service marks are the
property of their respective parties. Offer
void where prohibited by law. All
components of this offer are served by a
third party. Certain restrictions apply.
Transient not available for US applicable
taxes & fees. Please call for details.



## DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-800-329-3283**
**Promo Code:** ATL 8-13
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



Atlanta GA 30318-8211

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-888-213-9366**
**Promo Code:** KGA 9/13/13
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*


HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.


Hilton

Woodstock GA 30188-2381



**▲ Delta**     AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

**To claim this special offer, simply call  1-888-736-3798**
Promo Code:     RGA2510
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*

**Marriott.**
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Ⓗ Hilton**



Dunwoody GA 30338-4624





# AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)
**To claim this special offer, simply call 1-877-480-3684**
**Promo Code:    RGA0111**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*


**HOTELS & RESORTS**

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.


**Hilton**

Norcross GA 30092-1627





## ▲ Delta

AIR AND RESORT STAY

---

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-888-213-9366**
Promo Code:   **LINY 9/17/13**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*

**Marriott.**
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.


Hilton

Hauppauge NY 11788-3041

---



**▲ DELTA**  FLY AWAY PROMOTION

---

**▲ DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**     1-888-989-1663     PROMO CODE: DLAT-0412
Mon-Fri 9am-9pm Sat 10am-4pm EST

Passengers
Dixie Gasper

T8 - P11

All trademarks & service marks are the
property of their respective owners. Offer
void where prohibited by law. All
components of this offer are fulfilled by a
third party. Certain restrictions apply.
Recipient responsible for all applicable
taxes & fees Please call for details.

Fayetteville GA 30214-4126



## ▲ DELTA   FLY AWAY PROMOTION

---

## ▲ DELTA

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**   **1-888-211-0378**   PROMO CODE: DLDW-0413
Mon-Fri 9am-9pm Sat 10am-4pm EST



T7 - P19

Centerville OH 45459-3202

All trademarks & service marks are the
property of their respective owners. Offer
void where prohibited by law. All
components of the offer are fulfilled by a
third party. Certain restrictions apply.
Recipient responsible for all applicable
taxes & fees.Please call for details.



**DELTA**

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

**To claim this special offer, simply call    1-877-480-3684**
**Promo Code:   RGA 10/03**
Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST



All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



Marietta GA 30066-2461





# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-888-213-9366**
**Promo Code:** KGA 9/13/13
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*

**Marriott.**
HOTELS & RESORTS

All trademarks and service
marks are the property of their
respective owners. Offer void
where prohibited by law. All
components of this offer are
fulfilled by a third party. Certain
restrictions, taxes, and fees
apply. Please call for details. Not
applicable to Alaska or Hawaii.
All major carriers accepted.




Woodstock GA 30188-4225



**△ DELTA** FLY AWAY PROMOTION

*Bogus Mailer* (handwritten)

---

**△ DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ▮▮▮▮▮▮▮

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**     **1-888-598-2322**     PROMO CODE LB927
Mon-Fri 9am-9pm Sat 10am-4pm EST



T8 - P17

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.

▮▮▮▮▮▮▮
~~3000 Yorktown Ave~~
Los Angeles CA 90045-4145





**DELTA**

**DEAR** ████████████

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brand**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**   **1-888-598-2322**   PROMO CODE LB1007
Mon-Fri 9am-9pm Sat 10am-4pm EST

**AUTO**5 DIGIT ████

T12 - P21

████████████
Hacienda Heights CA 91745-5957

PRESORT
FIRST-CLASS
US POSTAGE
LAS VEGAS
PERMIT NO

# △DELTA

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR, ▮▮▮▮▮▮

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

## Call Toll Free

**1-888-778-8632**     PROMO CODE 1026-7201005320
Mon-Fri 9am-9pm Sat 10am-4pm EST



\*\*AUTO\*\*5-DIGIT 07481

▮▮▮▮▮▮▮▮▮▮▮▮     T6 – P14

Wyckoff NJ 07481-3313

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.



**2013 CELEBRATION!**

**△ DELTA** ✈   FLY AWAY PROMOTION

---

**△ D·E·L·T·A** ✈

PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
MAILED FROM ZIP CODE 45862
PERMIT NO. 1520

## Congratulations!

In celebration of our new Spring and Summer packages, we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States – good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code
**Call Toll Free 1-888-983-2682**  Mon-Fri 9 am – 11 pm – Sat 9 am – 6 pm

PROMO CODE: SARH3-15

ST36466

A011635  6547  T24 P1

Name of Traveler:
Irene Smith

All trademarks and service marks are the property of the respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Receipt responsible for all applicable taxes. Please call for details.

[REDACTED]

**VENICE FL 34292-3105**





**DELTA** AIR & HOTEL PROMOTION

---

DELTA

PRESORTED
FIRST-CLASS MAIL
US POSTAGED PAID
LAS VEGAS, NV
PERMIT NO 2736

DEAR, █████████████

Congratulations we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States - good for the next 12 months!

**Call within 48 hours** and receive a 3 day and 2 night hotel stay at major brands.

*To claim this special offer, simply call and mention your promo code*

**Call Toll Free**     **1-888-778-8632**     PROMO CODE 1101-7271008032
Mon-Fri 9am-9pm Sat 10am-4pm PST

ᵀⁱ█ᵢᵢ█║║║ᵢᵢ█ᵢ██ᵖᵖ█ᵗⁱ█║║║ᵖᵖⁱᵘᵗ██ᵢ██ᵢᵢᵢᵢ███║║║║║║║║ᵖᵖⁱ█ᵗⁱ█ᵗⁱᵖ

T8 - P18

Hawthorne NJ 07506-2404

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes& fees. Please call for details.



# AIR AND RESORT STAY



# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)
**To claim this special offer, simply call 1-888-876-6893**
**Promo Code:** **WRGA1511**
*Monday-Friday 9:00am-5:00pm EST Saturday 9:00am-4:00pm EST*

**Marriott.**
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Hilton**

Macon GA 31220-4007



**DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**

1-888-818-5325

PROMO CODE: 0322 - 10660003461
Mon-Fri 9am-8pm Sat 8am-12pm PST

\*\*AUTO\*\*5-DIGIT 92656

T7 - P12

████████████
Aliso Viejo CA 92656-1769

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.



△ **DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free** 1-888-989-1663   PROMO CODE: DLAT-0413
Mon-Fri 9am-9pm Sat 10am-4pm EST

Passengers
K L Bernhardt

**AUTO**5 DIGIT 30309

T7 - P8

Atlanta GA 30309-1534

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.



**Delta**     AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**

CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS

**3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

**To claim this special offer, simply call   1-877-480-3684**

**Promo Code:   RGA109**

*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*

**Marriott.**
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Hilton**



Alpharetta GA 30022-7616



## △. **DELTA**    FLY AWAY PROMOTION

## △. **DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR, ▮▮▮▮▮▮

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**    **1-888-211-0378**    PROMO CODE DLDY-0406
Mon-Fri 9am-9pm Sat 10am-4pm EST



▮▮▮▮▮▮▮▮▮▮
Dayton OH 45449-2044

All trademarks & service marks are the
property of their respective owners. Offer
void where prohibited by law. All
components of this offer are fulfilled by a
third party. Certain restrictions apply.
Recipient responsible for all applicable
taxes & fees.Please call for details.

FAC - EXHIBIT E - PAGE 24



**DELTA** FLY AWAY PROMOTION



**DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ████████

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**

**1-888-252-0898**   PROMO CODE DR-621
Mon-Fri 9am-9pm Sat 10am-4pm EST

████████

Canton MI 48187-3895

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.



# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**

CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS

**3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

**To claim this special offer, simply call   1-877-480-3684**

**Promo Code:   GAKEN 9/19**

Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST

**Marriott.**
HOTELS & RESORTS

Marietta GA 30067-2702

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Hilton**



**DELTA**

PRSTD
FIRST CLASS MAIL
US POSTAGE
PAID
WEST PALM BEACH FL
PERMIT 3860

Dear ▮▮▮▮▮▮▮▮▮▮

**Congratulations! You have been selected to receive 2 Round Trip Airfares to anywhere Delta flies.**

**CALL WITHIN 48 HOURS, YOU WILL ALSO RECEIVE AS A BONUS
3 DAY 2 NIGHT HOTEL STAY!**

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call 1-855-447-8401*

**RSVP 3493**

**AUTO**ALL FOR AADC 890



## ▲ DELTA    FLY AWAY PROMOTION



## ▲ DELTA

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ████████

n celebration of our new year packages we've selected you to
eceive 2 round trip airfares to anywhere in the contiguous
Jnited States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**     1-888-598-2322     PROMO CODE LB927
Mon-Fri 9am-9pm Sat 10am-4pm EST

████████  T8  P17

Westchester CA 90045-4237

ervice marks are the
spective owners. Offer
ted by law. All
is offer are fulfilled by a
i restrictions apply.
ible for all applicable



**Delta** AIR AND RESORT STAY





AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S/POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)
**To claim this special offer, simply call   1-877-480-3684**
**Promo Code:   RGA 9/19/13**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



**Marriott.**
HOTELS & RESORTS

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Hilton**

Marietta GA 30062-5768



AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)



To claim this special offer, simply call 1-877-490-3684

Promo Code:     RGA0111

*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



**Marriott.**
**HOTELS & RESORTS**

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.

**Hilton**

Norcross GA 30092-1503

# DELTA

PRSTD
FIRST CLASS MAIL
US POSTAGE
P A I D
WEST PALM BEACH FL
PERMIT 3950

Dear ████████████████

**Congratulations! You have been selected to receive 2 Round Trip Airfares to anywhere Delta flies in the continental US.**

## CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS 3 DAY 2 NIGHT HOTEL STAY!

WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-888-516-4143**
**RSVP CT** 1007
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*

‖‖ₗₗ‖‧ₗ‖‧ₗ‖ₗₗₗₗₗ‖‖ₗₗ‧ₗₗ‧ₗ‖ₗₗₗₗₗ‖ₗₗₗ‖ₗₗ‖‖ₗₗ‖‧ₗ‧ₗₗ‖‧ₗ‖‖

****************************AUTO**5-DIGIT 06032

████████████████

*Farmington CT 06032-2513*

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All compensation of this offer are furnished by a third party. Certain restrictions apply. Please call for details. For complete details on this offer please visit us at top of webpage conf18. Not applicable to Alaska or Hawaii. All major carriers accepted.



**△ DELTA**      FLY AWAY PROMOTION

---

**△ DELTA**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

In celebration of our new year packages we've selected you to receive 2 round trip airfares to anywhere in the contiguous United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**      **1-888-639-6990**      PROMO CODE: DLFW-0435
Mon-Fri 8am-8pm Sat 10am-4pm EST

Passengers
Patrick Obrien



T10 - P32

Fort Worth TX 76244-1500

All trademarks & service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions apply. Recipient responsible for all applicable taxes & fees. Please call for details.



# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)
**To claim this special offer, simply call 1-877-480-3684**
**Promo Code: GAKEN 9/19**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



▇▇▇▇▇▇▇▇▇▇▇▇▇▇
Marietta GA 30068-1869





**▲Delta**      AIR AND RESORT STAY

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US and a 3 DAY 2 NIGHT HOTEL STAY!** CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS **a free ESSEX SPA dinner certificate!** WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

**To claim this special offer, simply call 1-888-215-3143**
**Promo Code: BVT 2810**
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



THE *Essex*
VERMONT'S CULINARY RESORT & SPA

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



Burlington VT 05408-1021



Tim Mapes:
Look phony. Came
in my mail. Sue
them twice.
not a DL 747.
▲ Delta RA FLY AWAY ESCAPE

# DELTA

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-800-329-3283**
Promo Code: GA 7/26/2013
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



Atlanta GA 30305-3206

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



**DELTA**

PRSRT FIRST CLASS
U.S. POSTAGE
PAID
MAILED FROM
ZIP CODE 32216
PERMIT NO 584

Congratulations! You have been selected to receive **2 round trip airfares to most major airports in the continental US.**
CALL WITHIN 48 HOURS. YOU WILL ALSO RECEIVE AS A BONUS
**3 DAY 2 NIGHT HOTEL STAY!**
WE HAVE BEEN TRYING TO CONTACT YOU! (THIS IS NOT A TIMESHARE OR LAND SALE OFFER)

*To claim this special offer, simply call* **1-800-329-3283**
**Promo Code:** GA 7/26/2013
*Monday-Friday 9:00am-9:00pm EST Saturday 9:00am-4:00pm EST*



Smyrna GA 30082-6405

All trademarks and service marks are the property of their respective owners. Offer void where prohibited by law. All components of this offer are fulfilled by a third party. Certain restrictions, taxes, and fees apply. Please call for details. Not applicable to Alaska or Hawaii. All major carriers accepted.



**FLY AWAY PROMOTION**



▲ **D E L T A**

PRESORTED
FIRST-CLASS MAIL
US POSTAGE PAID
LAS VEGAS, NV
PERMIT NO. 2736

DEAR ▮▮▮▮▮▮▮▮▮▮

In celebration of our new year packages we've selected you to
receive 2 round trip airfares to anywhere in the contiguous
United States — good for the next 12 months!

**Call within 48 hours and receive a 3 day 2 night hotel stay at major brands.**

To claim this special offer, simply call and mention your promo code

**Call Toll Free**

**1-888-818-5325**   PROMO CODE 0322 - 1050015322
Mon-Fri 9am-8pm Sat 8am-12pm PST

All trademarks & service marks are the
property of their respective owners. Offer
void where prohibited by law. All
components of this offer are fulfilled by a
third party. Certain restrictions apply.
Recipient responsible for all applicable
taxes & fees. Please call for details.

Santa Ana CA 92705-2529

T18 - P37