| Attorney or Party without Attorney:<br>WELLBORN, WALLACE & WOODARD, LLC<br>1175 PEACHTREE ST., NE<br>ATLANTA, GA 30361<br>Telephone No: 404-815-9595    FAX No: 404-815-9957<br>susan@wellbornlaw.com<br>Attorney for: Plaintiff | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Northern District Of Georgia

Plaintiff: AIRLINES
Defendant: WUNDER

| AFFIDAVIT OF SERVICE<br>SUMMONS | Hearing Date:<br>Mon, Dec. 30, 2013 | Time:<br>10:00AM | Dept/Div:<br>CR2I06 | Case Number:<br>113CV3388TCB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; AND RETURN FIRST AMENDED COMPLAINT; TEMPORARY RESTAINING ORDER, ORDER ETENDING TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, MOTION FOR LEAVE TO FILE BREIF IN EXCESS OF PAGE LIMIT,MOTION FOR TEMPORARY RESTRAINING ORDER WITH EXHIBITS, MOTION TO EXTEND TO, INSTRUCTIONS TO PARTIES (WITH FORMS)

3. a. Party served:         JD & T ENTERPRISES, INC.
   b. Person served:        TIMOTHY BINDER, REGISTERED AGENT FOR SERVICE OF PROCESS

4. Address where the party was served:    TIMOTHY BINDER, REGISTERED AGENT
                                          5404 MOREHOUSE, SUITE 315
                                          SAN DIEGO, CA  92121

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Dec. 19, 2013 (2) at: 4:30PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: JD & T ENTERPRISES, INC.
   Under (corporation)

7. Person Who Served Papers:                            Fee for Service:    $145.00
   a. DANIEL M. DOLEZAL
      Registration # 7096



www.kernlegal.com
KERN LEGAL SERVICES
1614 W. Temple Street, Los Angeles CA 90026
(213) 483-4900 • Fax (213) 483-7777
Professional Legal Services and Photocopying at an affordable price!

8. I declare under penalty of perjury under the laws of the State of GEORGIA and under the laws of the United States Of America that the foregoing is true and correct.

AFFIDAVIT OF SERVICE
SUMMONS                                          (DANIEL M. DOLEZAL)        6531.153085