UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DELTA AIR LINES, INC.,

                      Plaintiff,

vs.

JOHN WUNDER, et al.,

                  Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-3388-MHC

## DEFAULT  JUDGMENT

The defendant(s) JOHN WUNDER, BRIDGEWATER MARKETING, LLC, TRAVEL CLUB MARKETING BROKERS, LLC, MAIL TO YOU, LLC, MAILHOUSE, LLC, DELTA SKY REWARDS, LLC and JD&T ENTERPRISES, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Mark H. Cohen, United States District Judge, by order of May 29, 2015, having directed that judgment issue in favor of plaintiff and against the defendant(s), it is hereby

ORDERED AND ADJUDGED, the above defendants are permanently enjoined from further infringement as detailed in the order, and that the plaintiff Delta Air Lines, Inc., recover from the defendants JOHN WUNDER, BRIDGEWATER MARKETING, LLC, TRAVEL CLUB MARKETING BROKERS, LLC, MAIL TO YOU, LLC, MAILHOUSE, LLC, DELTA SKY REWARDS, LLC, jointly and severally,  the amount of $22,328,052.10, and from Defendant JD&T Enterprises, Inc. the amount of $20,031,691.46.

Dated at Atlanta, Georgia this 29th day of May, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:    s/Jill Ayers
             Deputy Clerk

Prepared, filed, and entered
in the Clerk's Office
  May 29, 2015
James N. Hatten
Clerk of Court

By:    s/Jill Ayers
         Deputy Clerk