# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-03388-MHC
## Delta Air Lines, Inc. v. John Does 1-50
## Honorable Mark H. Cohen

Minute Sheet for proceedings held In Open Court on 10/28/2015.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:50 A.M.  COURT REPORTER: Elizabeth Cohn
TIME IN COURT: 2:20  DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Stephanie Delatorre representing Classic Promotions & Premiums, Inc.<br>Stephen Dorvee representing American Travel Suppliers<br>Michael Foust representing Meredith Sarver<br>Jonathan Goins representing Classic Promotions & Premiums, Inc.<br>Andrew Stevens representing American Travel Suppliers<br>Scott Taylor representing American Travel Suppliers<br>Kelly Wallace representing Delta Air Lines, Inc.<br>Paul Wellborn representing Delta Air Lines, Inc.<br>Jamie Woodard representing Delta Air Lines, Inc. |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | [370]Motion to Sever DENIED Delta shall have until 12/20/15 to complete discovery with respect to Defendant Sarver. Dispositive motions are due 30 days later and responses are due 20 days later. |
| MINUTE TEXT: | Motions argued. The Court ruled on the motion to sever as indicated and took the motions for summary judgment under advisement. See transcript for details. |