UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| JOHN WUNDER et al., | ) Case No. ) 1:13-CV-03388-MHC |
| Defendants. | ) ) ) |

## [~~PROPOSED~~] ORDER OF DISMISSAL

The parties having jointly moved pursuant to Federal Rule of Civil Procedure 41(a)(2); the Consent Permanent Injunction agreed to by the parties having been entered by this Court; and the relief requested otherwise appearing just and proper to the Court, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Delta Air Lines, Inc.'s claims against Defendants Classic Promotions and Premiums, Inc. and John VanGinhoven (and only those two Defendants herein) are dismissed with prejudice.

This 21st day of April, 2016.

_____
JUDGE MARK H. COHEN
United States District Court
Northern District of Georgia

EXHIBIT 2 - PROPOSED ORDER OF DISMISSAL