UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC.,<br>   Plaintiff,<br>v.<br>JOHN WUNDER et al.,<br><br>   Defendants. | )<br>)<br>)<br>) Case No.<br>) 1:13-CV-03388-MHC<br>) |

### MOTION OF PLAINTIFF DELTA AIR LINES, INC. TO DISMISS ITS CLAIMS AGAINST DEFENDANT AERIE DAVIS AND MEMORANDUM OF FACT AND LAW IN SUPPORT THEREOF

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Delta Air Lines, Inc. ("Delta") moves this Court for entry of an Order dismissing with prejudice all claims asserted by Delta against Defendant Aerie Davis ("Davis"). In support of this motion, Delta shows as follows:

### DISCUSSION

As this Court has previously referenced, Defendant Davis filed for Chapter 13 bankruptcy protection in the United States Bankruptcy Court for the Eastern District of Virginia in November 2014 in that matter styled *In re: Davis*, Case No. 14-14144-RGM (the "Bankruptcy Case"). *(Order of Administrative Closure [DE 425]).* Because that filing stayed Delta's claims herein against Davis (the sole remaining pre-judgment defendant), this Court administratively closed the present

matter pending the outcome of the Bankruptcy Case.  *(Id.)*.  After more than a dozen continuances of the Trustee's motion to dismiss the Bankruptcy Case over the past two-and-one-half years, the alleged deficiencies were eventually resolved; the Trustee's motion was withdrawn; and Davis was discharged from the subject debts.  *(See generally Bankruptcy Case, Docket Notations between [DE 50] and [DE 81])*.  The Bankruptcy Case was ultimately closed on May 15, 2018.  *(Bankruptcy Case Notation of Closure [DE 102]))*.  Consistent with this Court's instructions in the Order of administrative closure [DE 425] and with Federal Rule of Civil Procedure 41(a)(2), Delta now moves for the dismissal of its claims against Davis.  Delta shows that Davis asserted no counterclaims and that this dismissal will fully resolve all pending claims involving these two parties.  A proposed Order is attached hereto as Exhibit A.

      Respectfully submitted this 26th day of July, 2018.

WELLBORN & WALLACE, LLC

/s/ Kelly O. Wallace

| | |
|---|---|
| 1175 Peachtree St., NE | Paul F. Wellborn III |
| 100 Colony Square, Suite 300 | Georgia Bar No. 746720 |
| Atlanta, Georgia 30361 | Kelly O. Wallace |
| Phone:  (404) 815-9595 | Georgia Bar No. 734166 |
| Fax:      (404) 815-9957 | |
| E-mail:  pete@wellbornlaw.com | |
|          kelly@wellbornlaw.com | Attorneys for Plaintiff Delta Air Lines, Inc. |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DELTA AIR LINES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. |
| JOHN WUNDER et al., | ) 1:13-CV-03388-MHC |
| | ) |
| Defendants. | ) |

**RULE 7.1 CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

This certifies that the foregoing MOTION was prepared using 14 point Times New Roman font and accordingly complies with Local Rule 5.1.  This certificate is given in compliance with Local Rule 7.1(D).

This 26th day of July, 2018.

WELLBORN & WALLACE, LLC

/s/ Kelly O. Wallace
Paul F. Wellborn III
Georgia Bar No. 746720
Kelly O. Wallace
Georgia Bar No. 734166

1175 Peachtree St., NE
100 Colony Square, Suite 300
Atlanta, Georgia 30361

Phone: (404) 815-9595
Fax:    (404) 815-9957
E-mail: pete@wellbornlaw.com
          kelly@wellbornlaw.com      Attorneys for Plaintiff Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DELTA AIR LINES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No. |
| JOHN WUNDER et al., | ) | 1:13-CV-03388-MHC |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2018, I electronically filed this JOINT MOTION with the Clerk of Court using the CM/ECF system which automatically send e-mail notification or other sufficient notice of such filing to any remaining attorneys of record. I further certify that on this date, I served the following parties by placing a copy of the referenced filing with the United States Postal Service for delivery via first-class mail in an envelope with adequate postage affixed thereto addressed as follows:

**Aerie Davis**
c/o Daniel M. Press, Esq.
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101

|  |  |
|---|---|
|  | WELLBORN & WALLACE, LLC |
| 1175 Peachtree St., NE | /s/ Kelly O. Wallace |
| 100 Colony Square, Suite 300 | Paul F. Wellborn III |
| Atlanta, Georgia 30361 | Georgia Bar No. 746720 |
|  | Kelly O. Wallace |
| Phone: (404) 815-9595 | Georgia Bar No. 734166 |
| Fax:     (404) 815-9957 |  |
| E-mail: pete@wellbornlaw.com |  |
|             kelly@wellbornlaw.com | Attorneys for Plaintiff Delta Air Lines, Inc. |